UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA GODOY,<br><br>        Plaintiff,<br><br>    v.<br><br>FAMILY DOLLAR, INC.,<br><br>        Defendant. | No. 1:16-cv-00969-DAD-JLT<br><br>ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF RITA GODOY AND AGAINST DEFENDANT FAMILY DOLLAR, INC.<br><br>(Doc. No. 24) |

On August 3, 2017, plaintiff Rita Godoy filed a notice of acceptance of defendant Family Dollar, Inc.'s offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). (Doc. No. 24.) Plaintiff attached as an exhibit to this notice defendant Family Dollar, Inc.'s offer of judgment. (Doc. No. 24 at 4–5.) The offer allowed judgment to be entered against Family Dollar, Inc. and in favor of Rita Godoy in the amount of $30,000 and is intended to resolve all claims in the action, including any and all compensatory damages, statutory damages, attorneys' fees, litigation expenses, costs of suit, and interest. (*Id*.) Defendant's offer of judgment was served by United States mail on July 12, 2017. (*Id*. at 7.) Plaintiff's acceptance of the offer was served by electronic transmission and overnight delivery on July 27, 2017. (*Id*. at 2.)[1]

---

[1] Under the court's scheduling order, this action was scheduled for jury trial to commence on January 30, 2018. (Doc. No. 18.)

1

Rule 68(a) states, in relevant part:

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

It is widely accepted that "[t]he [Rule 68] offer, once made, is non-negotiable; it is either accepted, in which case it is automatically entered by the clerk of court, or rejected, in which case it stands as the marker by which the plaintiff's results are ultimately measured." *Nusom v. Comh Woodburn, Inc.*, 122 F.3d 830, 834 (9th Cir. 1997).

In this matter the Rule 68 offer was made at least fourteen days prior to the scheduled trial date and the offer was timely accepted.[2] Plaintiff has since filed the offer and notice of acceptance as well as a proof of service with the court.

Accordingly, because the procedural requirements of Rule 68 have been met:

1) The Clerk of the Court is directed to enter judgment in favor of plaintiff Rita Godoy and against defendant Family Dollar, Inc. in the amount of $30,000; and

2) The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **August 4, 2017**

_____
UNITED STATES DISTRICT JUDGE

---

[2] This deadline was extended by an additional three days in light of the service of the offer by United States mail. *See* Fed. R. Civ. P. 6(d).