1  SIAMAK VAZIRI, ESQ. [SBN 242447]
   DAVID C. SHAY, ESQ. [SBN 241702]
2  **VAZIRI LAW GROUP, APC**
   9454 Wilshire Boulevard, Suite 830
3  Beverly Hills, California 90212-2930
   Telephone: (310) 777-7540
4  Facsimile: (310) 777-0373

5  Attorneys for Plaintiff, RITA GODOY



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RITA GODOY, an individual<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., A NORTH CAROLINA CORPORATION; AND Does 1 TO 25, Inclusive,<br><br>Defendants. | Case No.: 1:16-CV-00969-DAD-JLT<br><br>(Kern County Superior Court Case No. BCV-16-100386)<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

Judgment was rendered in favor of the plaintiff RITA GODOY, and against defendant FAMILY DOLLAR, INC., on August 7, 2017, in the sum of $30,000, inclusive of all costs and fees. [Docket No. 25.] Defendant FAMILY DOLLAR, INC., has paid to plaintiff RITA GODOY the amount ordered by the district court, plus accrued interest thereon pursuant to 28 U.S.C. § 1961, and has fully satisfied the judgment.

DATED: November 8, 2017              VAZIRI LAW GROUP, APC

                                     By: _____
                                     Siamak Vaziri, Esq.
                                     David C. Shay, Esq.
                                     Attorneys for Plaintiff
                                     RITA GODOY

- 1 -
**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
1:16-CV-00969-DAD-JLT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

    **ACKNOWLEDGMENT OF SATISFCATION OF JUDGMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Siamak Vaziri, Esq.<br>David C. Shay, Esq.<br>Jonathan I. Hanasab, Esq.<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Blvd., Suite 670<br>Los Angeles, CA 90036<br>(310) 777-7540;<br>(310) 777-0373 – Fax<br>Email: skas@vazirilaw.com | Attorneys for Plaintiff,<br>RITA GODOY |
|---|---|

5.  a. \_\_\_ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. **X** **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) \_\_\_ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 1 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
1:16-CV-00969-DAD-JLT

(2) __X__ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. ___ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 11/15/17 | Christine Delgado | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\27000-000\27059\Pleadings\Federal\CAP POS.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
1:16-CV-00969-DAD-JLT